1026

THE STATE OF WASHINGTON, *Respondent,* v. MICHAEL JAMES GOLBIENKO, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 04-1-13447-8, Julie Spector, J., entered May 16, 2005. *Affirmed* by unpublished per curiam opinion.

[No. 56390-4-I.   Division One.   June 19, 2006.]

MEL GERRY, *Appellant,* v. AMERICAN ECONOMY INSURANCE COMPANY, *Respondent.*

Appeal from judgments of the Superior Court for Whatcom County, No. 04-2-00944-4, Steven J. Mura, J., entered January 7 and June 3, 2005. *Affirmed* by unpublished per curiam opinion.

[No. 56424-2-I.   Division One.   June 19, 2006.]

JAMES P. CRONE II, *Respondent,* v. DUTCHCRAFT, INC., ET AL., *Appellants.*

Appeal from a judgment of the Superior Court for King County, No. 03-2-35672-7, Jim Rogers, J., entered May 18, 2005. *Affirmed* by unpublished per curiam opinion.

[No. 56435-8-I.   Division One.   June 19, 2006.]

THE STATE OF WASHINGTON, *Appellant,* v. RODNEY RIVERS, *Respondent.*

Appeal from a judgment of the Superior Court for King County, No. 04-1-11458-2, Douglas D. McBroom, J., entered June 9, 2005. *Dismissed* by unpublished per curiam opinion.